**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

DAISY N. RODRIGUEZ,

        Plaintiff,

v.

ALLINA HOSPITAL & CLINICS,
UNITED HOSPITAL, KLENOW, CHERYL,
M.D., and KAREN SMITH, Nurse,

        Defendants.

Civil No. 09-2882 (JNE/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 1), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 8, 2010        s/ Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Judge